UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUNG-HUA SUNG, on behalf of himself and others similarly situated,<br><br>         Plaintiff,<br><br>     - against -<br><br>Village Super Market of NJ, LP, d/b/a/ ShopRite, Village Super Market Inc., d/b/a ShopRite, Tom "Doe", Harry Wang<br><br>         Defendants. | Case No. 2:17-cv-05033<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and Defendants that Plaintiff, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action, with prejudice and without an award of costs and disbursements.

Dated: Flushing, New York
    March 8, 2018

| HANG & ASSOCIATES, PLLC | DUGHI, HEWIT & DOMALEWSKI, PC |
|---|---|
| By: | By: |
| /s Keli Liu | /s Craig A. Domalewski |
| Keli Liu, Esq. | Craig A. Domalewski, Esq. |
| 136-20 38th Ave., Suite #10G | 340 North Avenue |
| Flushing, New York 11354 | Cranford, NJ 07016 |
| Telephone: (718) 353-8522 | Office:   908.272.0200 |
| Email: *Kliu@hanglaw.com* | Mobile: 908.347.9424 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

      SO ORDERED

     *s/Claire C. Cecchi*
    Claire C. Cecchi, U.S.D.J.

    Date:  3/9/18